Sarah Van Buiten (State Bar No. 324665)
svanbuiten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorney for Plaintiff
WALKER PRODUCTS, INC., a Missouri corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER PRODUCTS, INC., a Missouri corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>T-MOBILE USA, INC,,<br><br>　　　　Third Party. | Misc. Case No. 2:24-mc-00373-DAD-CKD<br><br>Underlying Litigation: 8:23-cv-02201-JVS-ADS (Central District of California)<br><br>Assigned to: District Judge Dale A. Drozd<br>Referred to: Magistrate Judge Carolyn K. Delaney<br><br>**STIPULATION AND MODIFIED [PROPOSED] ORDER** |
| WALKER PRODUCTS, INC., a Missouri corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YUE (FRANK) CONG, an individual; ALL AUTOMOTIVE MEGAHUB, INC., a California corporation, and DOES 1-10,<br><br>　　　　Defendants. | DATE:　　October 23, 2024<br>TIME:　　10:00 a.m.<br>JUDGE:　　Hon. Carolyn K. Delaney<br>PLACE:　　Courtroom 24, 8th floor<br>　　　　　Robert T. Matsui United States Courthouse<br>　　　　　501 I Street<br>　　　　　Sacramento, CA 95814 |

Rutan & Tucker, LLP
attorneys at law

-1-

Misc. Case No. 2:24-mc-00373-DAD-CKD
STIPULATION AND MODIFIED
[PROPOSED] ORDER

Pursuant to Local Rule 143, Plaintiff Walker Products, Inc. ("Plaintiff") and Third Party T-Mobile USA, Inc. ("T-Mobile") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, Plaintiff served T-Mobile with a subpoena dated July 8, 2024 seeking logs of calls and texts between a target number and six other numbers for nearly a four-year period ("Subpoena");

2. WHEREAS, the Subpoena did not include subscriber consent;

3. WHEREAS, T-Mobile objected to the Subpoena on multiple grounds, including that T-Mobile is: (1) prohibited from releasing records without subscriber consent pursuant to California Public Utilities Code Section 2891(a)(4) or a court order; and (2) unable to sort call detail records between two or more numbers;

4. WHEREAS, Plaintiff's counsel and T-Mobile's in-house counsel met and conferred by email and phone on several occasions but were unable to reach a resolution;

5. WHEREAS, on September 23, 2024, Plaintiff filed a notice of its motion to compel T-Mobile to comply with the Subpoena (Dkt. 3);

6. WHEREAS, T-Mobile retained outside counsel who met and conferred with Plaintiff's counsel on October 8, 2024 regarding a possible resolution;

7. WHEREAS, the Parties agreed to stipulate to this Court's entry of an order authorizing T-Mobile to produce all logs of calls and texts for the telephone number 626-652-5499 between January 1, 2021, through July 8, 2024 (the date of the Subpoena).

THEREFORE, the Parties respectfully request that the Court order: (1) T-Mobile to produce within 14 days of the Court's order all logs of calls and texts for the telephone number 626-652-5499 between January 1, 2021 through July 8, 2024 to First Legal, 11000 G Street, Suite 250, Sacramento, CA 95814; (2) Plaintiff will reimburse T-Mobile for the standard costs of production and delivery of archived

Rutan & Tucker, LLP
attorneys at law

Misc. Case No. 2:24-mc-00373-DAD-CKD
STIPULATION AND MODIFIED
-2-                                      [PROPOSED] ORDER

bill images; and (3) that T-Mobile's production of records pursuant to this stipulation and the Court's order will complete T-Mobile's obligations with respect to Plaintiff's Subpoena.

Dated:  October 9, 2024

Respectfully submitted

RUTAN & TUCKER, LLP
SARAH VAN BUITEN

By: *Sarah Van Buiten*
Sarah Van Buiten
Attorney for Plaintiff
WALKER PRODUCTS, INC., a Missouri corporation

By: /s/ Angie Kim (as authorized on 10/9/24)
Angie Kim
Attorney for T-MOBILE USA, Inc.

## **MODIFIED [PROPOSED] ORDER**

The Court, having reviewed the Stipulation, and good cause appearing, HEREBY ORDERS as follows:

(1) T-Mobile USA, Inc. ("T-Mobile") will produce within 14 days of this order all logs of calls and texts for the telephone number 626-652-5499 between January 1, 2021 through July 8, 2024 to First Legal, 11000 G Street, Suite 250, Sacramento, CA 95814;

(2) Plaintiff will reimburse T-Mobile for the standard costs of production and delivery of archived bill images;

Rutan & Tucker, LLP
attorneys at law

-3-

Misc. Case No. 2:24-mc-00373-DAD-CKD
STIPULATION AND MODIFIED
[PROPOSED] ORDER

(3) T-Mobile's production of records pursuant to the Parties' stipulation and this order will complete T-Mobile's obligations with respect to Plaintiff's subpoena to T-Mobile dated July 8, 2024; and

(4) The hearing on October 23, 2024, set before Chief Magistrate Judge Carolyn K. Delaney is hereby VACATED and the case is closed.

**IT IS SO ORDERED.**

Dated: October 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Rutan & Tucker, LLP
attorneys at law

-4-

Misc. Case No. 2:24-mc-00373-DAD-CKD
STIPULATION AND MODIFIED
[PROPOSED] ORDER